175 So.2d 299

Thomas WOODS et al.

v.

EMPLOYERS LIABILITY ASSURANCE
CORPORATION et al.

Leroy JOHNSON et al.

v.

Thomas WOODS et al.

No. 47718.

June 7, 1965.

In re: Herrin Transportation Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 172 So.2d 100, 116.

Writ refused. On the facts found by the Court of Appeal the result is correct.

175 So.2d 299

Thomas WOODS et al.

v.

EMPLOYERS LIABILITY ASSURANCE
CORPORATION et al.

No. 47722.

June 7, 1965.

In re: Thomas Woods and Ola Mae Woods applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 172 So.2d 100.

Writ refused. On the facts found by the Court of Appeal the result is correct.